# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 2, 2018

Stephen J. Markman,
Chief Justice

156260 & (13)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                SC:  156260
                                COA:  336753
                                Grand Traverse CC:
                                14-011774-FH

ROBERT LEEALLEN CALDWELL,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 7, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



s0924

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 2, 2018



Clerk